UNITED STATES of America,
Plaintiff–Appellee,

v.

William E. JACKSON, Defendant–
Appellant.

No. 15–10018
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 11, 2015.

Adam W. Overstreet, Kenyen Ray Brown, Vicki M. Davis, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

William Gregory Hughes, W. Gregory Hughes, PC, Mobile, AL, for Defendant–Appellant.

Before HULL, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for William E. Jackson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396; 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Jackson's conviction and sentence are AFFIRMED.